# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: § Case No. 15-82093
MICHELLE M. COLLINS
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/14/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was converted on 6/2/2016.

6) Number of months from filing or conversion to last payment: 9.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $110,615.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor(s) | $ 2,080.00 |
| Less amount refunded to debtor(s) | $ 0.00 |
| **NET RECEIPTS** | **$ 2,080.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 157.16 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$ 157.16** |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| SPRINGER LAW FIRM | Lgl | 4,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINI BANK | Uns | 42,397.00 | NA | NA | 0.00 | 0.00 |
| ALICEN COLLINS | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 343.00 | 17.83 | 17.83 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 44.40 | 44.40 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,932.00 | 2,917.87 | 2,917.87 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 771.89 | 771.89 | 0.00 | 0.00 |
| IRS | Pri | 748.00 | NA | NA | 0.00 | 0.00 |
| ADVANTIST MIDWEST HEALTH | Uns | 1,171.27 | 2,340.69 | 2,340.69 | 0.00 | 0.00 |
| ADVENTIST HEALTH PARTNERS | Uns | 173.91 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Uns | 402.88 | NA | NA | 0.00 | 0.00 |
| ALICEN COLLINS | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES | Uns | 53.10 | NA | NA | 0.00 | 0.00 |
| ANYTIME FITNESS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY | Uns | 423.28 | NA | NA | 0.00 | 0.00 |
| AUTOVEST LLC | Uns | 23,545.80 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Uns | 7,866.00 | 7,866.10 | 7,866.10 | 0.00 | 0.00 |
| CENTER FOR NEUROLOGICAL | Uns | 110.82 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE BANK USA | Uns | 978.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Uns | 296.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 10,145.00 | 10,145.36 | 10,145.36 | 0.00 | 0.00 |
| COMCAST | Uns | 334.24 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Uns | 730.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Uns | 268.00 | NA | NA | 0.00 | 0.00 |
| DECATUR MEMORIAL HOSPITAL | Uns | 629.65 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 8,670.00 | 8,670.24 | 8,670.24 | 0.00 | 0.00 |
| DOVE & DOVE | Pri | 6,000.00 | 6,000.00 | 6,000.00 | 0.00 | 0.00 |
| DOVE & DOVE ATTORNEYS | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIA | Uns | 623.70 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 1,060.00 | 1,059.50 | 1,059.50 | 0.00 | 0.00 |
| HEART CARE CENTER OF ILLINOIS | Uns | 135.33 | NA | NA | 0.00 | 0.00 |
| HINSDALE SURGICAL CENTER | Uns | 55.87 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 909.29 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 1,433.40 | 1,433.40 | 1,433.40 | 0.00 | 0.00 |
| JOLIET ONCOLOGY & | Uns | 29.12 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE HOSPITAL | Uns | 625.00 | NA | NA | 0.00 | 0.00 |
| KLEIN, STODDARD, BUCK & LEWIS | Uns | 5,120.40 | 5,120.40 | 5,120.40 | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 585.00 | 620.33 | 620.33 | 0.00 | 0.00 |
| LAW OFFICES OF ROBERT DUNST | Uns | 1,066.60 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 623.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAIN MANAGEMENT | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 2,965.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Uns | 5,922.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND SURGICAL CENTER | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDIC | Uns | 280.00 | 188.95 | 188.95 | 0.00 | 0.00 |
| MILLENIUM LABORATORIES | Uns | 72.42 | NA | NA | 0.00 | 0.00 |
| NATIONAL BANK & TRUST | Uns | 277.52 | NA | NA | 0.00 | 0.00 |
| NELNET LOAN SERVICES | Uns | 53,983.83 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 118.20 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 139.05 | 70.00 | 70.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,833.00 | 2,833.32 | 2,833.32 | 0.00 | 0.00 |
| SUBURBAN RADIOLOGISTS | Uns | 208.84 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 3,122.00 | 3,122.08 | 3,122.08 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT | Uns | 4,596.00 | 4,664.68 | 4,664.68 | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MED | Uns | 2,171.47 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 230.00 | 230.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 133.56 | 133.56 | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 0.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| SPRINT CORP | Uns | 0.00 | 730.19 | 730.19 | 0.00 | 0.00 |
| JEFFREY L. LEWIS | Uns | 0.00 | 5,120.40 | 0.00 | 0.00 | 0.00 |
| WRIGHT & ASSOCIATES, PC | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 8,935.70 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 8,935.70 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 50,270.09 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 157.16 | |
| Disbursements to Creditors | $ 0.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 157.16 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:   06/13/2016         By:   /s/ Lydia S. Meyer
                                            Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)