UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-82093 |
| STACY A. COLLINS, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Honorable Thomas M. Lynch |
| | ) | |

## FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before July 15, 2016, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A statement of stipulated facts in numbered paragraphs;
2. Each party's list of witnesses with any objections noted, stating grounds;
3. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial is set for July 22, 2016, at 11:00 a.m. in Courtroom 3100, U.S. Courthouse, 327 South Church Street, Rockford, IL 61101.

Enter:

Dated:    JUL - 6 2016            United States Bankruptcy Judge